IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO P. SOARES, | ) Case No. 12-00070-SC |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| v. | ) |
| RECONTRUST COMPANY, N.A., et al., | ) |
| Defendants. | ) |

On May 25, 2012, the Court entered an order granting Defendants' motion to dismiss and granting Plaintiff leave to amend his complaint. ECF No. 24. In that order, the Court set a case management conference for August 10, 2012 at 10:00 a.m. and directed the parties to file a joint case management statement seven days prior. Id. at 21. The parties failed to file a case management statement or appear for the August 10 hearing. Additionally, the parties failed to file an ADR certification. ECF No. 26. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for lack of prosecution. Plaintiff shall show cause in writing no later than September 1, 2012. The show-cause hearing is scheduled for September 7, 2012 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco,

California.

IT IS SO ORDERED.

Dated: August 10, 2012    
                          _____
                          UNITED STATES DISTRICT JUDGE

2