LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq., SBN 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Office Phone: (626) 888-5206
Fax: (626) 844-6550

Attorney for Plaintiff
ROBERTO P. SOARES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO P SOARES, an individual<br><br>Plaintiff,<br>vs.<br><br>RECONTRUST COMPANY, N.A.; U.S. BANK NATIONAL ASSOCIATION; HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR JP MORGAN ALTERNATIVE LOAN TRUST 2007-A2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. aka MERS; BANK OF AMERICA, N.A. INDIVIDUALLY AND AS SUCCESOR IN INTEREST TO COUNTRYWIDE BANK, N.A. COUNTRYWIDE HOME LOANS INC.; MORTGAGE BROKER ASSOCIATES;; BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP FOR THE BENEFIT OF JP MORGAN ALTERNATIVE LOAN TRUST 2007-A2 and DOES 1 through 100, inclusive;<br><br>Defendants. | **Case No.  C12-00070 SC**<br><br>**REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

1

**REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that Plaintiff ROBERTO P. SOARS ("Plaintiff") requests, pursuant to a settlement agreement with Defendants, this case be dismissed with prejudice.

Dated: August 31, 2011    LAW OFFICES OF PATRICIA RODRIGUEZ

             By: \_\_\_/s/ Patricia Rodriguez_____
                PATRICIA RODRIGUEZ, Esq.
                Attorney for Plaintiff
                ROBERTO P. SOARES



LAW OFFICES OF PATRICIA RODRIGUEZ
739 East Walnut St., Suite 204, Pasadena, CA 91101
Office Phone: (626) 888-5206 \ Fax: (626) 844-6550