LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq., SBN 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Office Phone: (626) 888-5206
Fax: (626) 844-6550

Attorney for Plaintiff
ROBERTO P. SOARES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO P SOARES, an individual ) | **Case No.  C12-00070 SC** |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **REQUEST FOR DISMISSAL OF** |
| ) | **COMPLAINT WITH PREJUDICE** |
| RECONTRUST COMPANY, N.A.; U.S. ) | |
| BANK NATIONAL ASSOCIATION; ) | |
| HSBC BANK USA NATIONAL ) | |
| ASSOCIATION AS TRUSTEE FOR JP ) | |
| MORGAN ALTERNATIVE LOAN TRUST ) | |
| 2007-A2; MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC. aka ) | |
| MERS; BANK OF AMERICA, N.A. ) | |
| INDIVIDUALLY AND AS SUCCESOR IN ) | |
| INTEREST TO COUNTRYWIDE BANK, ) | |
| N.A. COUNTRYWIDE HOME LOANS ) | |
| INC.; MORTGAGE BROKER ) | |
| ASSOCIATES;; BAC HOME LOANS ) | |
| SERVICING LP, FKA COUNTRYWIDE ) | |
| HOME LOANS SERVICING LP FOR THE ) | |
| BENEFIT OF JP MORGAN ) | |
| ALTERNATIVE LOAN TRUST 2007-A2 ) | |
| and DOES 1 through 100, inclusive; ) | |
| ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff ROBERTO P. SOARS ("Plaintiff") requests, pursuant to a settlement agreement with Defendants, this case be dismissed with prejudice.

Dated: August 31, 2011         LAW OFFICES OF PATRICIA RODRIGUEZ

                                  By:     ____/s/ Patricia Rodriguez_____
                                              PATRICIA RODRIGUEZ, Esq.
                                              Attorney for Plaintiff
                                              ROBERTO P. SOARES



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
8/31/12

LAW OFFICES OF PATRICIA RODRIGUEZ
739 East Walnut St., Suite 204, Pasadena, CA 91101
Office Phone: (626) 888-5206 \ Fax: (626) 844-6550